UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| VICKI SALMERON N/K/A VICKI CAUM, | § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00190 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, | § § § | |
| Defendant. | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On August 30, 2019, Defendant Deutsche Bank Trust Company Americas' Motion for Summary Judgment and Brief in Support (Dkt. 13) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 22. On September 18, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 27) recommending that Defendant's Motion for Summary Judgment and Brief in Support (Dkt. 13) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Edison's Memorandum and Recommendation (Dkt. 27) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     Defendant's Motion for Summary Judgment and Brief in Support (Dkt. 13) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this __10__ day of October, 2019.


_____
JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE